## IN THE SUPREME COURT OF THE STATE OF NEVADA

TULY LEPOLO,
                Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; THE HONORABLE MICHAEL VILLANI, DISTRICT JUDGE; AND THE HONORABLE DAVID BARKER, SENIOR DISTRICT COURT JUDGE,
                Respondents,

and

THE STATE OF NEVADA,
                Real Party in Interest.

No. 83755

FILED

SEP 07 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

### ORDER DISMISSING PETITION

This is a petition for a writ of mandamus challenging petitioner's pretrial custody status.

Real party in interest has filed a motion to dismiss this petition as moot because petitioner has now been tried by a jury and convicted. Because any issue regarding petitioner's pretrial custody status has been rendered moot, real party in interest's motion is granted. This petition is dismissed, and the oral argument scheduled for September 9, 2022, is

SUPREME COURT
OF
NEVADA

(O) 1947A

22-28037

vacated. Petitioner's motion to appear via video at oral argument is denied as moot.

It is so ORDERED.

_____, C.J.
Parraguirre

_____, J.        _____, J.
Hardesty                          Stiglich

_____, J.        _____, J.
Cadish                            Silver

_____, J.        _____, J.
Pickering                         Herndon

cc:    Chief Judge, The Eighth Judicial District Court
       Hon. David Barker, Senior Judge
       Department 17, District Judge
       Yampolsky & Margolis
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk